United States District Court
Southern District of Texas
**ENTERED**
September 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RUBEN TEMKIN, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:24-CV-00430 |
| | § | |
| MATTHEW SHOEMAKER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

Having reviewed the Magistrate Judge's Report and Recommendation regarding Defendants' Motion to Dismiss (Dkt. No. 16), Plaintiffs' Objections thereto (Dkt. No. 29), and Defendants' Response to Plaintiffs' Objections (Dkt. No. 30), it is **ORDERED, ADJUDGED** and **DECREED** that the conclusions in the Report and Recommendation are hereby adopted by this Court. Accordingly, Defendants' Motion to Dismiss (Dkt. No. 16) is **GRANTED** and Plaintiffs' action is **DISMISSED** with prejudice.

SO ORDERED September 8, 2025, at McAllen, Texas.

Randy Crane
Chief United States District Judge